AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

MAY -9 2025 9:00 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:25CR40(5) |
| ERNEST D. CHAVEZ ET AL | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __BRADY OWEN SHELLHAMMER__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

[SEE ATTACHED INDICTMENT]

Date: 4/23/25

*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 24 April 2025 and the person was arrested on *(date)* 07 May 2025
at *(city and state)* Bellfountaine, Ohio.

Date: 07 May 2025

*Arresting officer's signature*

SA Abel
*Printed name and title*